UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 05, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Eva S. Engelhart, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-16-2691 |
| Zurich American Insurance Co., | § § § | |
| Defendant. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on January 5, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge